Form 27 - AFFIDAVIT OF SERVICE

Valerie

P735183

RICHARD GANS / METRO-NORTH RAILROAD METRO-NORTH RAILROAD
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

CAMILLE DAVIS

index No. **1:17-CV -117--NRB**
Date Filed
Office No.
Court Date.

PLAINTIFF

- vs -

METRO-NORTH COMMUTER RAILROAD

DEFENDANT

METRO-NORTH COMMUTER RAILROAD

- vs -

GRAYBAR BUILDING COMPANY ETAL

THIRD-PARTY PLAINTIFF

THIRD-PARTY DEFENDANT

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**BOBBY W RUSSELL** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **25TH** day of **MAY, 2017 1:15PM** at

**C/O NATIONAL REGISTERED AGENTS, INC. 111 EIGHTH AVENUE**
**NEW YORK NY 10011**

I served a true copy of the upon **SL GREEN OPERATING PARTNERSHIP LP** the **DEFENDANT** therein named by delivering to, and leaving personally with **ELENA BOUTAKOVA , CLERK AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLONDE**
APP.AGE: **40** APP. HT: **5'8** APP. WT: **160**
OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
31ST day of MAY, 2017

ADAM J. CALEB
Notary Public, State of New York
No. 01CA6334048
Qualified in ORANGE COUNTY
Commission Expires 12/07/2019

BOBBY W RUSSELL DCA LIC #2030308
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-MNR-735183

2a