UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CAMILLE DAVIS,

Plaintiff,

-against-

METRO-NORTH COMMUTER RAILROAD,

Defendant.

---------------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD,

Third-Party Plaintiff,

-against-

GRAYBAR BUILDING COMPANY and
SL GRAYBAR LLC, SL GREEN OPERATING
PARTNERSHIP, LP and SL GREEN REALTY CORP.

Third-Party Defendant.

---------------------------------------------------------------X

17 Civ. 1174 (NRB)(SN)

STIPULATION
OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the above-entitled action is hereby dismissed with prejudice and without costs, and an order to that effect may be entered without further notice.

DATED: ~~October , 2018~~ NOVEMBER 9, 2018.
NASSAU, NEW YORK

Flynn & Wietzke, P.C.
Attorneys for Plaintiff

By: ______________________
A Member of the Firm

Richard Gans, Esq.
Attorneys for Defendant

By: ______________________
A Member of the Firm

Wechsler & Cohen, LLP
Attorneys for Third Party Defendant

By: Debora A. Pitman
A Member of the Firm