USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CAMILLE DAVIS,

        Plaintiff,

  -against-

METRO-NORTH COMMUTER RAILROAD,

        Defendant.
----------------------------------------------------------X
METRO-NORTH COMMUTER RAILROAD,

        Third-Party Plaintiff,

  -against-

GRAYBAR BUILDING COMPANY and
SL GRAYBAR LLC, SL GREEN OPERATING
PARTNERSHIP, LP and SL GREEN REALTY CORP.

        Third-Party Defendant.
----------------------------------------------------------X

17 Civ. 1174 (NRB)(SN)

**STIPULATION**
**OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the above-entitled action is hereby dismissed with prejudice and without costs, and an order to that effect may be entered without further notice.

DATED: ~~October   , 2018~~ NOVEMBER 9, 2018.
       NASSAU, NEW YORK

                                    Flynn & Wietzke, P.C.
                                    Attorneys for Plaintiff
                                    By: _____
                                       A Member of the Firm

Richard Gans, Esq.                Wechsler & Cohen, LLP
Attorneys for Defendant          Attorneys for Third Party Defendant

By: _____    By: _____
   A Member of the Firm                A Member of the Firm

So Ordered:

Naomi Reice Buchwald
USDJ

November 13, 2018